<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7593**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VANNIS L. LIVERMAN,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (CR-95-151)

———————————

Submitted:  February 27, 2004        Decided:  March 23, 2004

———————————

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Vannis L. Liverman, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vannis L. Liverman appeals the district court's orders denying relief on his "motion to correct illegal sentence." Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Liverman, No. CR-95-151 (E.D. Va. June 24, 2003; filed Aug. 6, 2003 & entered Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED